JEFFREY DANIELS *v.* STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Edward J. Gallagher,* in support of the petition.

*Christopher Malany,* deputy assistant state's attorney, in opposition.

Decided July 8, 1988

ROSE LERMAN *v.* JACK LEVINE ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 14 Conn. App. 402, is denied.

*Edward J. Gallagher,* in support of the petition.

*Thomas W. Beecher,* in opposition.

Decided July 8, 1988

STATE OF CONNECTICUT *v.* WILLIAM RADO, SR.

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 322, is denied.

*Timothy C. Moynahan,* in support of the petition.

*Christopher Malany,* deputy assistant state's attorney, in opposition.

Decided July 8, 1988

STATE OF CONNECTICUT *v.* MICHAEL PATTERSON

The plaintiff's petition for certification for appeal from the Appellate Court, 14 Conn. App. 159, is denied.

*Vincent J. Dooley,* deputy assistant state's attorney, in support of the petition.

Decided July 8, 1988